IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TIM TOTH**
**ADC #551286** PLAINTIFF

v. Case No. 5:18-cv-00168-KGB/JTR

**SUSAN POTTS, Administration Department,**
**Drew County Jail;** *et al.* DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Tim Toth's complaint is dismissed without prejudice.

So adjudged this the 16th day of July, 2019.

Kristine G. Baker
United States District Judge